|  |  |
|---|---|
| KEVIN V. RYAN (CSBN 118321)<br>United States Attorney | |
| EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division | *E-filed 3/27/06* |

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                         )<br>       Plaintiff,             )<br>                                         )<br>   v.                                )<br>                                         )<br>GUOHUA WANG,            )<br>                                         )<br>       Defendant.            )<br>_____) | No.   CR 06-00094 JF(HRL)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME FROM**<br>**MARCH 16, 2006 THROUGH MAY 3,**<br>**2006 FROM CALCULATIONS UNDER**<br>**THE SPEEDY TRIAL ACT (18 U.S.C. §**<br>**3161)** |

     On March 16, 2006, defendant Guohua Wang made his initial appearance before Magistrate Judge Howard R. Lloyd. The defendant was personally present and out of custody. Stuart Kirchick, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge Lloyd ordered the parties to appear before Judge Fogel on May 3, 2006 at 9:00 a.m. for trial setting in this matter.

     The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 16, 2006 through May 3, 2006. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 16, 2006 through May 3, 2006 based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided 1,374 pages of discovery and defense counsel needs additional time to evaluate further possible defenses and motions available to the defendant.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from March 16, 2006 through May 3, 2006.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from March 16, 2006 through May 3, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: March 23, 2006  _____/s/_____
STUART KIRCHICK
Attorney for Defendant

DATED: March 23, 2006  _____/s/_____
HANLEY CHEW
Assistant United States Attorney

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 16, 2006 through May 3, 2006 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from

1  calculations the period from March 16, 2006 through May 3, 2006.
2      Accordingly, the Court further orders and finds that the time from March 16, 2006
3  through May 3, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C.
4  § 3161.
5  
6  IT IS SO ORDERED.
7  
8  DATED: 3/27/06
            HOWARD R. LLOYD
            United States Magistrate Judge

3