**\*\*E-filed 4/3/06\*\***

**Stuart D. Kirchick, Esq.**
**State Bar No.: 144145**
**LAW OFFICES OF STUART D. KIRCHICK**
**2131 The Alameda, Suite C-1**
**San Jose, California  95126**
**Ph: 408/291-0123  Facsimile:  408/291-0418**

**Attorney for:**  Defendant, Guohua Wang

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ] | Case No.:  CR 06-00094 JF(HRL) |
|                                                           ] | |
|                  Plaintiff(s),              ] | **STIPULATION AND ORDER EXCUSING** |
|                                                           ] | **DEFENDANT'S APPEARANCE IN COURT** |
| v.                                                      ] | |
|                                                           ] | |
| GUOHUA WANG,                          ] | |
|                                                           ] | |
|                  Defendant(s).          ] | |
| _____  ] | |

WHEREAS, defendant GUOHUA WANG resides in the State of Pennsylvania and it is cost prohibitive for him to travel to the State of California for each and every court appearance, it is hereby requested by and through this stipulation that GUOHUA WANG'S appearance in court currently set for May 3, 2006 be hereby ordered excused or permitted by telephonic appearance if the court deems necessary.

**SO STIPULATED:**

Dated: 3/29/06

                                                                    /S/
                                            STUART D. KIRCHICK, ESQ.
                                            Attorney for Defendant, Guohua Wang

Dated: 3/27/06

1

|   |   |
|---|---|
| 1 | _____/S/_____ |
| 2 | HANLEY CHEW |
|   | Attorney for United States of America |

**SO ORDERED:**

Dated: __4/3/06__     _____

HONORABLE JUDGE JEREMY FOGEL