KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5060
    Facsimile:  (408) 535-5066

Attorneys for Plaintiff

**FILED**

MAY 1 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUOHUA WANG, <br><br> Defendant. | No. CR 06-00094 JF(HRL) <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM MAY 3, 2006 THROUGH MAY 31, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    On May 3, 2006, a status conference was held before Judge Jeremy Fogel. The defendant was not personally present and out of custody. Stuart Kirchick, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Judge Fogel ordered the parties to appear before the Court on May 31, 2006 at 9:00 a.m. for trial setting in this matter.

    At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 3, 2006 through May 31, 2006. The parties, including the defendant, agree and the Court finds and holds as follows:

1.   The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 3, 2006 through May 31, 2006 based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided 1,374 pages of discovery and defense counsel needs additional time to evaluate further possible defenses and motions available to the defendant. The parties also need additional time to resolve certain issues and discuss a potential resolution of this case.

2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from May 3, 2006 through May 31, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the period from May 3, 2006 through May 31, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court (1) sets an appearance date before this Court on May 31, 2006 at 9:00 a.m., and (2) orders and finds that the time from May 3, 2006 through May 31, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO STIPULATED:

DATED: 5/3/06

STUART KIRCHICK
Attorney for Defendant

DATED: 5/3/06

HANLEY CHEW
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/3/06

JEREMY FOGEL
United States District Judge

2