**E-filed 6/19/06**

1  **Stuart D. Kirchick, Esq.**
   **State Bar No.: 144145**
2  **LAW OFFICES OF STUART D. KIRCHICK**
   **2131 The Alameda, Suite C-1**
3  **San Jose, California 95126**
   **Ph: 408/291-0123  Facsimile: 408/291-0418**
4

5  **Attorney for:** Defendant, Guohua Wang

6

7
         IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
         IN AND FOR THE COUNTY OF SANTA CLARA
9

10

11 | UNITED STATES OF AMERICA,     ]    Case No.: CR 06-00094 JF(HRL)
                                   ]
12 |           Plaintiff(s),       ]    **STIPULATION AND ORDER TO RETURN**
                                   ]    **PASSPORT**
13 | v.                            ]
                                   ]
14 | GUOHUA WANG,                  ]
                                   ]
15 |           Defendant(s).       ]
                                   ]
16 | _____   ]

17

18    WHEREAS, defendant GUOHUA WANG is seeking employment and needs his original

19 passport for employment purposes, which is necessary because he is here in the United States on

20 an H-1 Visa; and,

21

22
      WHEREAS, is it stipulated herein by and between the parties, through the attorneys of
23
   record herein that there is no objection to MR. WANG receiving his original passport for that
24
   purpose only; therefore,
25

26

27    IT IS HEREBY ORDERED that MR. WANG'S passport be immediately returned to him
28
   by the office of pretrial services.

1

1  **SO STIPULATED:**

2  Dated: 6/15/06

3  /S/
STUART D. KIRCHICK, ESQ.
4  Attorney for Defendant, Guohua Wang

5

6  Dated: 6/14/06

7  /S/
HANLEY CHEW
Attorney for United States of America

10  **SO ORDERED:**

11  Dated: 6/19/06

12  ~~U.S. MAGISTRATE JUDGE HOWARD R. LLOYD~~
US District Court Judge Jeremy Fogel

2